OFFICIAL NOTICE FROM COURT OF CRIMINAL APPEALS OF TEXAS
P.O. BOX 12308 CAPITOL STATION, AUSTIN, TEXAS 78711

OFFICIAL
STATE OF TEXAS
PENALTY FOR
PRIVATE USE

ZIP 78701 $ 000.27⁵
02 1W
0001401623 JUN. 17. 2015

6/17/2015
HAINES, RODNEY STEVE    Tr. Ct. No. A05-213-1                    WR-83,380-05
This is to advise that the Court has denied without written order the application for writ of habeas corpus.

Abel Acosta, Clerk

RODNEY STEVE HAINES
TERRELL UNIT - TDC # 1347799
1300 FM 655
ROSHARON, TX  77583

MEBN3B  77583